AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ NEW YORK

**APPEARANCE**

Case Number: 08cv6394 (RMB)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant Joshua J. Harris

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 8/27/2008 | *[signature]* |
| Date | Signature |
| | Dominic J. Picca |
| | Print Name — Bar Number |
| | Mintz Levin  666 Third Ave |
| | Address |
| | New York — NY — 10017 |
| | City — State — Zip Code |
| | (212) 935-3000 — (212) 983-3115 |
| | Phone Number — Fax Number |