UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| SANDRA LIFSHITZ, on behalf of herself<br>And all others similarly situated, | CIVIL ACTION NO.<br>08 Civ. 6394 (RMB) |
| Plaintiff,<br>v. | MOTION TO ADMIT COUNSEL<br>*PRO HAC VICE* |
| HEXION SPECIALTY CHEMICALS, INC.,<br>et al.,<br>Defendants. | |

------------------------------------------------------------x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern District of New York, I, Roy L. Jacobs, Esquire, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

| | |
|---|---|
| Applicant's Name: | Deborah R. Gross |
| Firm Name: | LAW OFFICES BERNARD M. GROSS, P.C. |
| Address: | Suite 450, Wanamaker Bldg., 100 Penn Square East |
| City/State/Zip: | Philadelphia, PA 19107 |
| Phone Number: | 215-561-3600 |
| Fax Number: | 215-561-3000 |

DEBORAH R. GROSS is a member in good standing of the Bar of the States of the United States District Court for the Eastern District of Pennsylvania; United States District Court for the District of Massachusetts.

There are no pending disciplinary proceeding against DEBORAH R. GROSS in any State or Federal Court.

Dated: August 26, 2008

Respectfully submitted,

ROY JACOBS & ASSOCIATES
BY: _____
ROY L. JACOBS (RLJ-0286)

60 East 42nd Street, 46th Floor
New York, NY 10165
Tele:  212-867-1156
Fax:  212-504-8343
Email: rjacobs@jacobsclasslaw.com

2

## **CERTIFICATE OF SERVICE**

Roy L. Jacobs, hereby certifies that on August 26, 2008, I caused to be served, by first class mail, postage pre-paid, a copy of the Motion to Admit Deborah R. Gross as Counsel *pro hac vice,* the Declaration of Roy L. Jacobs in Support, the Affidavit of Deborah R. Gross in Support and a Proposed Order on :

William J. Sushon, Esq.
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036

And

Robert I. Bodian, Esq.
MINTZ LEVIN COHN FERRIS GLOVSKY &
POPEO P.C.
Chrysler Center
666 Third Avenue
New York, New York 10017

_____
Roy L. Jacobs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

SANDRA LIFSHITZ, on behalf of herself
And all others similarly situated,

                Plaintiff,

v.

HEXION SPECIALTY CHEMICALS, INC.,
et al.,
                Defendants.

------------------------------------------------------------x

CIVIL ACTION NO.

08 Civ. 6394 (RMB)

DECLARATION OF ROY L. JACOBS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*

Roy L. Jacobs, declares under pain and penalty of perjury under the laws of the United States this 26th Day of August, 2008 as follows:

1.     I am the principal of Roy Jacobs & Associates, counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Deborah R. Gross as counsel *pro hac vice* to represent Plaintiff in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in New York in May 1976. I am also admitted to the bar *inter alia* of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     Have known Deborah R. Gross for approximately ten years.

4.     Ms. Gross is an associate with the Law Offices Bernard M. Gross, P.C., in Philadelphia, Pennsylvania.

5.  I have found Ms. Gross to be a skilled attorney and a person of integrity. She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.  Accordingly, I am pleased to move the admission of Deborah R. Gross, *pro hac vice*.

7.  I respectfully submit a proposed order herewith granting the admission of Deborah R. Gross, *pro hac vice*.

_____
Roy L. Jacobs

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **SANDRA LIFSHITZ, on behalf of herself And all others similarly situated,** : | **CIVIL ACTION NO.** 08 Civ. 6394 (RMB) |
| **Plaintiff,** : | |
| v. : | |
| **HEXION SPECIALTY CHEMICALS, INC., et al.,** : | |
| **Defendants.** : | |

### AFFIDAVIT OF DEBORAH R. GROSS
### IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

| | |
|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** : | |
| : | **SS** |
| **COUNTY OF PHILADELPHIA** : | |

**DEBORAH R. GROSS** being duly sworn, hereby deposes and says:

1. I am associated with the law firm of the Law Offices Bernard M. Gross, P.C.

2. I submit this Affidavit in support of the motion for my admission to practice *pro hac vice* in the above captioned matter.

3. I am a member in good standing of the bars of the States of Pennsylvania and Massachusetts, having been admitted to practice in the Supreme Court of Pennsylvania, Supreme Court of Massachusetts, United States Court of Appeals for the Third Circuit and the United States Supreme Court.

4. There are no pending disciplinary proceedings against me in any state or federal court.

5.  Wherefore, I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Dated: _____

DEBORAH R. GROSS

SWORN TO AND SUBSCRIBED

before me this 14th Day of August, 2008

_____
NOTARY PUBLIC

NOTARIAL SEAL
SUSAN G GORDON
Notary Public
PHILADELPHIA CITY, PHILADELPHIA COUNTY
My Commission Expires Mar 5, 2009



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Deborah R. Gross, Esq.*

**DATE OF ADMISSION**

*November 20, 1985*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated: August 21, 2008**

_____
John W. Person, Jr., Esq.
Deputy Prothonotary

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

| | |
|---|---|
| SANDRA LIFSHITZ, on behalf of herself<br>And all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEXION SPECIALTY CHEMICALS, INC.,<br><br>et al.,<br><br>Defendants. | CIVIL ACTION NO.<br><br>08 Civ. 6394 (RMB)<br><br><br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE* ON WRITTEN<br>MOTION |

------------------------------------------------------------x

Upon the motion of Roy L. Jacobs, attorney for Plaintiff Sandra Lifshitz and said sponsor attorney's affidavit in support:

**IT IS HEREBY ORDERED** that

    Applicant's Name:  Deborah R. Gross
    Firm Name:  LAW OFFICES BERNARD M. GROSS, P.C.
    Address:  Suite 450, Wanamaker Bldg., 100 Penn Square East
    City/State/Zip: Philadelphia, PA 19107
    Telephone/Fax:  215-561-3600/215-561-3000
    Email:  debbie@bernardmgross.com

is admitted to practice *pro hac vice* as counsel for Plaintiff Sandra Lifshitz in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing

(ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:

New York, NY

_____
United States District/Magistrate Judge