# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Times Square Tower | |
| BRUSSELS | 7 Times Square | SHANGHAI |
| CENTURY CITY | New York, New York 10036 | SILICON VALLEY |
| HONG KONG | | SINGAPORE |
| LONDON | TELEPHONE (212) 326-2000 | |
| LOS ANGELES | FACSIMILE (212) 326-2061 | TOKYO |
| NEWPORT BEACH | www.omm.com | WASHINGTON, D.C. |

*(overlaid handwritten stamp: CONFERENCE ADJOURNED TO 10/16/08 @ 9:00 AM)*

OUR FILE NUMBER
379,615-038

September 5, 2008

WRITER'S DIRECT DIAL
(212) 408-2409

**BY HAND**

The Honorable Richard M. Berman
United States District Court
  Southern District of New York
500 Pearl Street
New York, New York  10008

WRITER'S E-MAIL ADDRESS
[...]erg@omm.com

*(stamp overlay)*

**SO ORDERED:**
Date: 9/5/08

*Richard M. Berman*
Richard M. Berman, U.S.D.J.

SEP 05 2008
RICHARD M. BERMAN
SAN FRANCISCO

> Re:  *Lifschitz v. Hexion Specialty Chemicals, Inc. et al., 08-Civ. 6394(RMB)*

Dear Judge Berman:

We represent defendants Hexion Specialty Chemicals, Inc. and Craig Morrison.  On behalf of all parties, we respectfully request an adjournment of the initial pre-trial conference the Court scheduled for September 8, 2008 at 9:00 a.m.  The complaint asserts securities fraud claims on behalf of a putative class of Huntsman Corporation common stock purchasers, and is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA").  Under the PSLRA, lead plaintiff and lead counsel motions are not due until September 15, 2008.  Thus, the parties do not yet know who will be appointed lead plaintiff and lead counsel, and the parties respectfully suggest that it would be premature to hold the initial pre-trial conference as scheduled.

Accordingly, the parties seek an adjournment until the Court has appointed the lead plaintiff and lead counsel.  This is the first request for an adjournment.

Respectfully submitted,

*Jonathan Rosenberg*

Jonathan Rosenberg

cc:  Roy L. Jacobs, Esq. (via e-mail)
     Robert Frutkin, Esq. (via e-mail)
     Robert Bodian, Esq. (via e-mail)

NY1:1752053.1