# O

## O'MELVENY & MYERS LLP

BEIJING
BRUSSELS
CENTURY CITY
HONG KONG
LONDON
LOS ANGELES
NEWPORT BEACH

Times Square Tower
7 Times Square
New York, New York 10036

TELEPHONE (212) 326-2000
FACSIMILE (212) 326-2061
www.omm.com

SHANGHAI
SILICON VALLEY
SINGAPORE
TOKYO
WASHINGTON, D.C.

OUR FILE NUMBER
379,615-038

WRITER'S DIRECT DIAL
(212) 408-2409

WRITER'S E-MAIL ADDRESS
jrosenberg@omm.com

RECEIVED SEP 05 2008 RICHARD M. BERMAN

CONFERENCE ADJOURNED TO 10/16/08 @ 9:00 AM

SO ORDERED:
Date: 9/5/08
Richard M. Berman, U.S.D.J.

September 5, 2008

**BY HAND**

The Honorable Richard M. Berman
United States District Court
 Southern District of New York
500 Pearl Street
New York, New York 10008

Re: *Lifschitz v. Hexion Specialty Chemicals, Inc. et al.*, 08-Civ. 6394(RMB)

Dear Judge Berman:

We represent defendants Hexion Specialty Chemicals, Inc. and Craig Morrison. On behalf of all parties, we respectfully request an adjournment of the initial pre-trial conference the Court scheduled for September 8, 2008 at 9:00 a.m. The complaint asserts securities fraud claims on behalf of a putative class of Huntsman Corporation common stock purchasers, and is subject to the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Under the PSLRA, lead plaintiff and lead counsel motions are not due until September 15, 2008. Thus, the parties do not yet know who will be appointed lead plaintiff and lead counsel, and the parties respectfully suggest that it would be premature to hold the initial pre-trial conference as scheduled.

Accordingly, the parties seek an adjournment until the Court has appointed the lead plaintiff and lead counsel. This is the first request for an adjournment.

Respectfully submitted,

Jonathan Rosenberg

cc: Roy L. Jacobs, Esq. (via e-mail)
    Robert Frutkin, Esq. (via e-mail)
    Robert Bodian, Esq. (via e-mail)

NY1:1752053.1