COURTESY COPY

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/15/2008

| | |
|---|---|
| SANDRA LIFSCHITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>HEXION SPECIALTY CHEMICALS, INC., CRAIG O. MORRISON and JOSHUA J. HARRIS,<br><br>Defendants. | Civil Action No. 08 Civ. 6394 (RMB) |



MEMO ENDORSED
as amended

## STIPULATION AND [PROPOSED] ORDER

WHEREAS, plaintiff Sandra Lifschitz and defendants Hexion Specialty Chemicals, Inc., Craig O. Morrison and Joshua J. Harris (collectively, the "Defendants") previously entered a stipulation on August 25, 2008;

WHEREAS, the parties now wish to supplement that earlier stipulation to adopt a schedule for briefing any motion to dismiss;

WHEREAS, this action is governed by the provisions of the Private Securities Litigation Reform Act of 1995 (the "PSLRA");

WHEREAS, the PSLRA provides a procedure for consolidating federal securities class actions, whereby the Court will appoint a lead plaintiff and approve its selection of lead counsel;

WHEREAS, competing motions to appoint lead plaintiff and lead counsel have been filed; and

WHEREAS, the parties wish to avoid having Defendants move, answer or otherwise respond until the consolidated amended complaint is filed by the lead plaintiff;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the undersigned, as follows:

1. Upon being appointed by the Court, the lead plaintiff shall file a consolidated amended complaint superseding the present complaint in this Action within sixty (~~60~~ 30) days.

2. Defendants [jointly] shall ~~move, answer~~ or otherwise respond to the consolidated amended complaint within sixty (~~60~~ 30) days of service upon Defendants' counsel of the consolidated amended complaint.

3. If ~~any~~ Defendants move to dismiss the consolidated amended complaint, lead plaintiff shall oppose the motion(s) to dismiss within forty-five (~~45~~ 30) days of service upon lead plaintiff's counsel. Defendants shall submit a reply, if any, within thirty (~~30~~ 10) days of service of lead plaintiff's opposition upon Defendants' counsel.

4. This is the first request for the relief sought herein.

Dated: October 14, 2008
New York, New York

_____
William J. Sushon
O'MELVENY & MYERS LLP
Seven Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (212) 326-2061
E-mail: wsushon@omm.com

*Counsel for Defendants Hexion Specialty Chemicals, Inc. and Craig O. Morrison*

*[signature]*

Robert I. Bodian
MINTZ LEVIN COHN FERRIS GLOVSKY &
POPEO P.C.
Chrysler Center
666 Third Avenue
New York, New York 10017
Telephone: (212) 935-3000
Facsimile: (212) 983-3115
E-mail: rbodian@mintz.com

*Counsel for Defendant Joshua J. Harris*

*[signature]*

Roy L. Jacobs
ROY JACOBS & ASSOCIATES
60 East 42nd Street, 46th Floor
New York, New York 10165
Telephone: (212) 867-1156
Facsimile: (212) 504-8343
E-mail: rjacobs@jacobsclasslaw.com

*Counsel for Proposed Lead Plaintiffs Sandra Lifschitz and Robert Burch*

*[signature]*

Brian P. Murray
Jacqueline Sailer
MURRAY, FRANK & SAILER LLP
275 Madison Avenue, Suite 801
New York, New York 10016
Telephone: (212) 682-1818
Facsimile: (212) 682-1892
E-mail: bmurray@murrayfrank.com
jsailer@murrayfrank.com

*Counsel for Proposed Lead Plaintiff Steve Stilliard*

SO ORDERED:
**As Amended**

*RMB*
_____
UNITED STATES DISTRICT JUDGE
10/15/08

NY1:1756797.1

3