UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SANDRA LIFSCHITZ, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>HEXION SPECIALTY CHEMICALS, INC, CRAIG O. MORRISON, and JOSHUA J. HARRIS,<br><br>    Defendants. | 08 Civ. 6394 (RMB) |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT HEXION SPECIALTY CHEMICALS, INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for defendant Hexion Specialty Chemicals, Inc. hereby states that Hexion Specialty Chemicals, Inc. is a wholly owned subsidiary of Hexion LLC.  Approximately 90 percent of the stock of Hexion LLC is owned by Apollo Management LP.  No publicly held entity directly or indirectly owns 10 percent or more of the stock of Hexion Specialty Chemicals, Inc.

Dated:  New York, New York
        March 27, 2009

                                                PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

By: /s/ Lewis R. Clayton
    Brad S. Karp
    bkarp@paulweiss.com
    Lewis R. Clayton
    lclayton@paulweiss.com

1285 Avenue of the Americas
New York, New York 10019-6064
(212) 373-3000

*Attorneys for Defendants Hexion Specialty Chemicals, Inc. and Craig O. Morrison*