# MANDATE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUN 1 6 2009

United States Court of Appeals
FOR THE
SECOND CIRCUIT

S.D.N.Y. – N.Y.C.
08-cv-6394
Berman, J.

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 10th day of June, two thousand nine,

Present:

> Hon. Guido Calabresi,
> Hon. Richard C. Wesley,
> > *Circuit Judges*,
> Hon. Eric N. Vitaliano,[*]
> > *District Judge.*



*In re* Steve Stilliard,

> *Petitioner.*

09-1486-op

Sandra Lifschitz, Robert Burch,

> *Lead Plaintiffs*,

Steve Stilliard,

> *Plaintiff-Petitioner,*

v.

Hexion Specialty Chemicals, Inc., Craig O. Morrison, Joshua J. Harris,

> *Defendants.*

[*]The Honorable Eric N. Vitaliano, of the United States District Court for the Eastern District of New York, sitting by designation.

Issued as Mandate: 6-10-09

Petitioner, through counsel, has filed a petition for a writ of mandamus. Upon due consideration, it is hereby ORDERED that the petition is DENIED because Petitioner has not demonstrated a "clear and indisputable" right to the issuance of the writ. *See In re Int'l Bus. Machs. Corp.*, 45 F.3d 641, 643 (2d Cir. 1995).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

SAO-SEdL

2