UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA LIFSCHITZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> HEXION SPECIALTY CHEMICALS, INC., CRAIG O. MORRISON, and JOSHUA J. HARRIS, <br><br> Defendants. | Civil Action No. <br> 08 Civ. 6394 (RMB) |

## LEAD PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT, CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF NOTICE, AND SCHEDULING OF FAIRNESS HEARING

Lead Plaintiffs, Sandra Lifschitz and Robert Burch, by their undersigned Lead Counsel, respectfully move this Court for an order granting preliminary approval of the proposed settlement (the "Settlement") of this class action (the "Action"), scheduling a fairness hearing ("Fairness Hearing"), directing that class members be notified of the Settlement and of their rights with respect thereto, and for related relief (proposed "Preliminary Order"). In support thereof, Lead Plaintiffs file the accompanying Memorandum.

A proposed form of "Preliminary Order" is attached as Exhibit A to the "Stipulation of Settlement" being submitted herewith.

Dated: 12/9/09

LAW OFFICE BERNARD M GROSS, P.C.
BY: /s/ Deborah R. Gross

DEBORAH R. GROSS
Suite 450, Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215-561-3600
Fax: 215-561-3000

Attorney for Plaintiffs