UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA LIFSCHITZ, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> HEXION SPECIALTY CHEMICALS, INC., CRAIG O. MORRISON, and JOSHUA J. HARRIS, <br><br> Defendants. | Civil Action No. <br><br> 08 Civ. 6394 (RMB) |

**LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF THE SETTLEMENT, PLAN OF DISTRIBUTION, AND CERTIFICATION OF THE SETTLEMENT CLASS**

Pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, Lead Plaintiffs respectfully move this Court to enter the Judgment and Order of Dismissal with Prejudice approving the proposed Settlement, Plan of Allocation and Certification of the Settlement Class for the reasons set forth in the Memorandum of Law in support thereof.

Dated: March 3, 2010

LAW OFFICES BERNARD M. GROSS, P.C.
BY: _____
DEBORAH R. GROSS
Suite 450, Wanamaker Bldg.
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215-561-3600
Fax: 215-561-3000

Lead Counsel for Lead Plaintiffs