BERNARD M. GROSS
WARREN RUBIN
DEBORAH R. GROSS**
SUSAN R. GROSS***
MICHAEL N. BORISH*
TINA MOUKOULIS*
JAMES L. NEWMAN, JR.*
KAY E. SICKLES*

ROBERT P. FRUTKIN
*Of Counsel*

*ALSO MEMBER OF NJ BAR
**ALSO MEMBER OF MA BAR
***ALSO MEMBER OF FL BAR



LAW OFFICES
BERNARD M. GROSS, P.C.

RECEIVED APR 20 2011 CHAMBERS OF RICHARD M. BERMAN U.S.D.J.

April 18, 2011

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/11

**MEMO ENDORSED**

**pg. 5**

Honorable Richard M. Berman
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Lifschitz v. Hexion Specialty Chemicals, Inc. et al.*
Civil Action No. 08-6394 (RMB)

Dear Judge Berman:

Pursuant to your April 13, 2011 endorsement, with respect to the remainder monies in this matter, we propose they be divided between The New York Bar Foundation and the Philadelphia Bar Foundation. Alternatively, two other organizations are equally deserving of these monies are The Innocence Project and A Better Chance. All of these foundations are 501(c)(3) nonprofit organizations.

The New York Bar Foundation, www.tnbyf.org, was established in 1950. The Foundation is managed by a Board of Directors that includes distinguished lawyers from across the State of New York including five officers, 25 directors and 2 ex officio directors (the Chair and Vice Chair of The Fellows of The New York Bar Foundation). The foundation awards grants to programs throughout New York State that relate to facilitating the delivery of legal services, increasing public understanding of the law, improving the justice system and the law, and enhancing professional competence and ethic. This past year the foundation awarded grants to:

        ACCORD, A Center for Dispute Resolution, Inc., Binghamton
        Bethlehem Youth Court, Inc., Delmar
        Brennan Center for Justice, New York
        Brooklyn Bar Association Volunteer Lawyers Project, Inc., Brooklyn
        CASA of the Southern Tier, Inc., Corning
        Center for Appellate Litigation, New York
        Center for Court Innovation, New York
        Center for Court Innovation, New York
        Center for Court Innovation, New York
        Center for Family Representation, Inc., New York

Council for the Prevention of Alcohol and Substance Abuse, Hudson Falls
Edwin Gould Services for Children & Families, New York
Empire Justice Center, Rochester
In Our Own Voices, Inc., Albany
in Motion Inc., New York
in Motion Inc., New York
Latin American Law Student Association at Syracuse University College of Law, Syracuse
Latino Justice PRLDEF (Puerto Rican Legal Defense and Education Fund, Inc.), New York
Legal Aid Society of Northeastern New York, Albany
Legal Aid Society of Rochester, Inc., Rochester
Legal Assistance of Western New York, Inc., Geneva
Legal Assistance of Western New York, Inc, Geneva
Legal Services for New York City, New York
Lenox Hill Neighborhood House, New York
Lifespan of Greater Rochester, Inc., Rochester
MFY Legal Services, Inc., New York
My Sisters' Place, Inc., White Plains
Nassau/Suffolk Law Services Committee, Inc., Hempstead
New York Lawyers for the Public Interest, Inc., New York
New York State Bar Association, Committee on Issues Affecting People with Disabilities, Albany
New York State Bar Association, Committee on Minorities in the Profession, Albany
New York State Bar Association, Environmental Law Section, Environmental Justice Committee, Albany
New York State Bar Association, Law, Youth & Citizenship Program, Albany
New York State Bar Association, Law, Youth & Citizenship Program, Albany
New York State Bar Association, Law, Youth & Citizenship Program, Albany
New York State Bar Association, Law, Youth & Citizenship Program, Albany
New York State Bar Center, Albany
New York State Defenders Association, Inc., Albany
Northern Manhattan Improvement Corporation, New York
Partnership for Children's Rights, New York
Prisoners' Legal Services of New York, Albany
Pro Bono Net, Inc., New York
Public Utility Law Project of New York, Inc., Albany
Resolution Center OBO Court Appointed Special Advocates of Lewis County, Lowville
Rural Law Center of New York, Inc., Plattsburgh
Sanctuary For Families, Inc., New York

        Self-help Community Services, Inc., New York
        South Brooklyn Legal Services, Inc., Brooklyn
        The Bronx Defenders, Bronx
        The Door - A Center of Alternatives, Inc., New York
        The Legal Aid Society, New York
        Urban Justice Center, New York
        Urban Justice Center, New York
        Vermont Immigration and Asylum Advocates, Burlington, VT
        WomensLaw.org, Brooklyn
        Women's Prison Association, New York
        Workers' Rights Law Center of New York, Inc., Kingston

The Philadelphia Bar Foundation, www.philabarfoundation.org, is dedicated to promoting access to justice for all people in the community, particularly those struggling with poverty, abuse and discrimination. The foundation has a 24 person board of trustees comprised of attorneys and individuals in the financial and real estate services businesses. Deborah Gross is a trustee of the Bar Foundation. The Philadelphia Bar Foundation provides grants and technical assistance in support of quality legal services, addressing the unmet legal needs and providing education on matters in the public interest. The Bar Foundation's grant making process ensures that funds are addressing a clear set of legal services priorities. It begins with an application that includes, 1) a description of the project or organization, 2) goals and objectives for the application year, 3) challenges or emerging needs, 4) a detailed budget including recent audit information and, 5) the organization's IRS letter confirming their tax status. Subsequently site visits and interviews occur. The Foundation's Grants Committee then makes a recommendation to the Foundation's Board of Trustees as to which grants should be award and in conjunction with the Finance Committee, the amount of that award. In 2010, the Philadelphia Bar Foundation awarded $563,000 in grants to 35 public interest legal organizations. The 35 grantee organizations for 2010 were:

- ACLU
- AIDS Law Project
- Atlantic Center for Capital Representation
- Community Legal Services
- Consumer Bankruptcy Assistant Project
- Court Appointed Special Advocates
- Custody and Support Assistance Clinic
- Defenders Association – Capital Representation Project
- Disabilities Rights Network
- Education Law Center
- Equality Advocates PA
- Face to Face
- Friends of Farm Workers

- HIAS and Council Migration Service of Philadelphia
- Homeless Advocacy Project
- Juvenile Law Center
- Legal Clinic for the Disabled
- Nationalities Service Center
- PA Health Law Project
- PA Immigration Resource Center
- PA Innocence Project
- PA Institutional Law Project
- PA Prison Society
- Pennsylvanians for Modern Courts
- Philadelphia Legal Assistance
- Philadelphia Volunteers for the Indigent Program
- Philadelphia Volunteer Lawyers for Arts
- Public Interest Law Center of Philadelphia
- Regional Housing Legal Services
- SeniorLAW Center
- Society Created to Reduce Urban Blight
- Support Center for Child Advocates
- Women Against Abuse Legal Center
- Women's Law Project
- Women Organized Against Rape

The Innocence Project, www.innocenceproject.org, is a national litigation and public policy organization dedicated to exonerating wrongfully convicted individuals through DNA testing and reforming the criminal justice system to prevent future injustice. About 85% of support the Innocence Project receives goes to direct program costs (rather than administrative overhead or fundraising), including DNA testing for clients, court costs and travel to court appearances and legislative hearings. To date, 268 people in the United States have been exonerated by DNA testing, including 17 who served time on death row. These people served an average of 13 years in prison before exoneration and release. The Innocence Project's full-time staff attorneys and Cardozo clinic students provide direct representation or critical assistance in most of these cases.

A Better Chance ("ABC"), www.abetterchance.org, is the oldest and only national organization of its kind changing the life trajectory for academically talented youth of color via access to rigorous and prestigious educational opportunities for students in grades 6-12. Its mission is to increase substantially the number of well-educated young people of color who are capable of assuming positions of responsibility and leadership in American society. ABC carries out its mission through its signature College Preparatory Schools Program, which annually *recruits, refers and supports* about 500 Scholars at more than 300 Member Schools in 27 states. This past year, A Better Chance helped place more than 450 students in a national

network of over 300 of the most rigorous boarding, day and public schools. ABC supported approximately 1,900 enrolled Scholars with academic and enrichment programming, including a national college tour; career awareness workshops; and international travel and study abroad opportunities through partnerships with the Experiment in International Living and the Cambridge College Programme.

Respectfully,

LAW OFFICES
BERNARD M. GROSS, P.C.
BY:

DEBORAH R. GROSS

DRG:ras

cc: Robert Bodian, Esquire
    Lewis Clayton, Esquire
    Jerry Gotkin, Esquire

---

All remaining funds in the Court's CRIS account should be equally distributed to the New York Bar Foundation and the Philadelphia Bar Foundation. The Clerk of Court is respectfully requested to close this case.

SO ORDERED:
Date: 4/20/11

Richard M. Berman

Richard M. Berman, U.S.D.J.